IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SASAKIA DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Act. No.: 3:18-cv-766-ECM |
| | ) |
| PROGRESSIVE DIRECT | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

In light of the parties' stipulation of dismissal (doc. 14), filed on June 12, 2019, it is

ORDERED that the Defendant's motion for summary judgment (doc. 11) be and is hereby DENIED as moot.

DONE this 14th day of June, 2019.

                                          /s/ Emily C. Marks
                                       EMILY C. MARKS
                                       CHIEF UNITED STATES DISTRICT JUDGE